IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANGELA CARNEY § § **Plaintiff,** § § v. § **C.A. NO. 1:19-cv-03075-RMR-KMT** § ANTHEM LIFE INSURANCE § COMPANY, § § **Defendant.** § | |

**DEFENDANT ANTHEM LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO MAINTAIN EXHIBITS TO ANTHEM'S MOTION TO EXCLUDE TESTIMONY OF LAURA B. PARKER UNDER RESTRICTION**

Pursuant to D.C.Colo.LCivR 7.2(c), Defendant Anthem Life Insurance Company ("Anthem") submits the following Unopposed Motion to Maintain Exhibits to Anthem's Motion to Exclude Testimony of Laura B. Parker Under Restriction as follows:

1. Included in Anthem's Motion to Exclude Testimony of Laura B. Parker [ECF No. 53] were documents designated as confidential by Plaintiff. Those documents are Exhibits B, C, and E. [ECF No. 54.]

2. After conferral, the parties have agreed to release the restrictions on Exhibits B and C to the Motion to Exclude Testimony of Laura B. Parker [ECF Nos. 54-1 and 54-2], and solely seek to maintain the restriction on Exhibit E [ECF No. 54-3].

3. The parties request limited access to Exhibit E because Plaintiff produced the document subject to a Stipulated Protective Order entered in this case [ECF No. 31]. Pursuant to ¶ 4 of the Stipulated Protective Order, access to this exhibit should be limited to the Court, counsel of record, the parties, and any mediator.

4. Moreover, limited access to Exhibit E is necessary because it contains information consisting of highly personal, private, and confidential information, as well as other information which should not be made publicly known concerning the Plaintiff, including but not limited to, "Protected Health Information" as defined by 45 C.F.R. § 160.103, and other information protected by the Health Insurance Portability and Accountability Act ("HIPPA"), such as summaries and references to Plaintiff's medical records, medical procedures, surgical information, and provider information. *See Eugene S. v. Horizon Blue Cross Blue Shield of N.J.*, 663 F.3d 1124, 1135-36 (10th Cir. 2011) (granting a motion to file medical records and other documents containing personal health information under seal).

5. Pursuant to D.C.Colo.LCivR. 7.1(A), counsel for Anthem conferred with counsel for Plaintiff regarding this Motion. Plaintiff's counsel represented that Plaintiff is unopposed to the requested relief.

Wherefore, Anthem requests that this Court enter an Order maintaining the restriction on Exhibit E.

Dated this 9th day of August, 2021.

        Respectfully submitted,

        MCDOWELL HETHERINGTON LLP

      By:  */s/ Elizabeth P. Wroblewski*
          Thomas F. A. Hetherington*
          Colorado Bar No. 50976
          Texas Bar No. 24007359

          Blaire B. Johnson*
          Texas Bar No. 24064968

          Elizabeth P. Wroblewski*
          Texas Bar No. 24115966

1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 337-5580
Facsimile:  (713) 337-8850
Email:  Tom.Hetherington@mhllp.com
Email:  Blaire.Johnson@mhllp.com
Email:  Elizabeth.Wroblewski@mhllp.com

**Admitted*

**ATTORNEYS FOR DEFENDANT ANTHEM LIFE INSURANCE COMPANY**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dale G. Casares
CASARES LAW, LLC
200 S. Wilcox Street #534
Castle Rock, Colorado 80104

*/s/ Elizabeth P. Wroblewski*
Elizabeth P. Wroblewski